UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60131-CIV-COHN
MAGISTRATE JUDGE P.A. WHITE

ANTHONY GARLAND,                    :

       Petitioner,           :          REPORT OF
                                              MAGISTRATE JUDGE
v.                                  :

DEPARTMENT OF CORRECTIONS,
ET AL.,                             :

       Respondent.           :
_____

     The pro-se petitioner, Anthony Garland, filed ten pleadings in
the Middle District of Florida, transferred to the Southern
District. The pleadings are a mixture of motions for emergency
hearings, motions for restraining orders, civil rights claims and
habeas corpus claims. (DE#s1-11)

     The petitioner has filed twenty-one (21) cases in the Southern
District of Florida. He has been barred from filing any further
civil rights claims pursuant to 28 U.S.C. §1915(g) unless he pays
the Clerk's $350 filing fee. Therefore, all his claims asserting
civil rights violations should be procedurally barred by §1915(g).

     In his initial pleading (DE#1), the petitioner attempts to
collaterally attack his conviction in Case No. 05-19391- CF 10A
entered in Broward County, Florida. He filed a petition for writ of
habeas corpus attacking this conviction in Case no. 08-61558-Civ-
Lenard. The petition was dismissed without prejudice for lack of
exhaustion on November 15, 2010. If the petitioner wishes to pursue
this claim he must file an "Amended Petition" for writ of habeas

corpus on the form provided with this Report. The Court cannot review the pleadings as filed.

The petitioner filed a second petition, assigned Case no. 10-60880-Civ-Cooke, attacking state conviction 05-6448, which was dismissed as both time barred and lacking jurisdiction. The petitioner is cautioned he may have the same procedural problems upon filing a separate habeas corpus petition attacking case no. 05-19391.

The petitioner has filed multiple motions for restraining order. A motion to enjoin persons involved in Case No. 05-19391 CF (DE#8), is nothing more than an attempt to collaterally attack his conviction, and must be filed as a habeas corpus petition.

The petitioner's motion for leave to amend preliminary injunction (DEs#9& 10), in which the petitioner seeks to be released from prison to take care of his medical needs cannot be reviewed in the Southern District. The petitioner must filed a separate Motion for Temporary Restraining Order in Raiford, Florida where he is confined.

<u>Conclusion</u>

It is therefore recommended as follows:

1. If the petitioner wishes to file a petition for writ of habeas corpus attacking his conviction in Case No. 05-19391-CF 10A he may do so on the form provided with this Report.

2. All other claims, including civil rights claims and motions for temporary restraining orders shall be dismissed, and no amendments will be reviewed by this Court.

3. Failure to file the amended petition on the correct form shall result in dismissal of this case.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated this 9th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Anthony Garland, Pro Se
    DC No. L42997
    Florida State Prison
    Address of Record