UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60131-CIV-COHN

ANTHONY D. GARLAND,

Magistrate Judge White

    Petitioner,

vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Respondent.
_____/

### ORDER SUSTAINING IN PART OBJECTIONS DUE TO FILING OF 2254 PETITION
### ORDER RE-REFERRING MATTER TO MAGISTRATE JUDGE WHITE
### ORDER DENYING MOTIONS

**THIS CAUSE** is before the Court upon the filing of the Amended Petition [DE 14], United States Magistrate Judge White's Report and Recommendation [DE 12], and Petitioner's Objections [DE 13]. The Court has reviewed *de novo* the file herein, and is otherwise fully advised in the premises.

Magistrate Judge White entered a Report informing Petitioner that his initial filing was a mixture of civil rights claims and habeas claims that could not proceed as filed. Petitioner Garland has previously been barred from filing further civil rights claims under 28 U.S.C. § 1915(g) because of the twenty-one former cases that he has filed in the Southern District. Judge White directed Petitioner Garland to file a habeas petition on the official form provided to him with a copy of Judge White's report. Judge White also recommended dismissing all civil rights claims and motions.

Petitioner Garland has now filed a habeas petition on the form provided. Therefore, this case will not be dismissed, but will be re-referred to Judge White for review of the habeas petition. That review should include whether the habeas petition is

successive or time-barred.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 20] is hereby **ADOPTED**, in that all civil rights claims shall be dismissed and the motions at docket entries 7, 8 and 9 are **DENIED**;

2. Petitioner's Objections [DE13] are hereby **SUSTAINED in part**, in that the Amended Petition will be considered;

3. This case is **RE-REFERRED** to Judge White for consideration of the Amended Petition [DE 14].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of March, 2011.

JAMES I. COHN
United States District Judge

copies to:

Anthony Garland (via CM/ECF regular mail)
#L42997